# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 29, 2020

159358(44)

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

JAMES LOCKARD and MARY LOCKARD,
    Plaintiffs-Appellants,

v

SC: 159358
COA: 341808
Macomb CC: 2016-002216-NO

MAYCO INTERNATIONAL, LLC and
ALPHA TO OMEGA PROPERTIES, LLC,
    Defendants-Appellees,

and

TEE DEE ENTERPRISES, LLC,
    Defendant.
_____/

    On order of the Court, the motion for reconsideration of this Court's December 23, 2019 order is considered, and it is DENIED, because we are not persuaded that reconsideration of our previous order is warranted. MCR 7.311(G).





    I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 29, 2020

b0420

Clerk